IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM JAMES HARRIS,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**CAPTAIN PONGYAN, et al., ,**<br><br>                    Defendants. | 2:21-cv-00846 TLN KJN (PC)<br><br>**ORDER** |

Good cause having been shown, Defendant's Motion to Opt Out of Post-Screening ADR Project (ECF No. 28) is granted. The Court hereby lifts the stay of actions and orders that Defendant file a responsive pleading within thirty days of the date of this Order.

Dated:  August 4, 2021

_/ Kendall J. Newman /_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Harr846.opt