UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>CAPTAIN PONGYAN, et al.,<br><br>Defendants. | No. 2: 21-cv-00846-TLN-KJN<br><br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 6, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 37.) On January 3, 2022, Plaintiff filed a notice of change of address. (ECF No. 38.) On January 5, 2022, the Clerk of the Court re-served the December 6, 2021 findings and recommendations on Plaintiff at his new address. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed December 6, 2021, (ECF No. 37), are adopted in full;

2. Defendant's Motion to Dismiss (ECF No. 30) is DENIED;

3. Defendant shall file a response to Plaintiff's complaint within thirty days of the date of this order.

DATE:  February 24, 2022

_____
Troy L. Nunley
United States District Judge